1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  **Hoffman, Duane  Allen**

3     (Last)            (First)         (Initial)

4  Prisoner Number **#2367852**

5  Institutional Address **SF Sheriff's Dept. County Jail 8, C-Pod, Medical**
6  **MCL-04, 425 7th Street, San Francisco, CA 94103**

7          **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF CALIFORNIA**

8  **Duane Allen Hoffman**           )
9  (Enter the full name of plaintiff in this action.)  )

10      vs.     Deputy Ashea    Case No. **CV 09 1777 MHP**
11  **Sheriff Michael Hennessey**  Deputy Vargas  (To be provided by the Clerk of Court)
12  **S.F. Sheriff's Department** Deputy Conklin  **Amended**
13  **Deputy MaCaffee, SF Sheriffs Dept.**  **COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
14  **Deputy Marbreeo, SF Sheriffs Dept.**  **Title 42 U.S.C § 1983**
15  (Enter the full name of the defendant(s) in this action)  )

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18      [**Note:** You must exhaust your administrative remedies before your claim can go
19      forward. The court will dismiss any unexhausted claims.]

20      A.    Place of present confinement **S.F. Sheriff's Department**

21      B.    Is there a grievance procedure in this institution?
22             YES (✓)    NO ( )

23      C.    Did you present the facts in your complaint for review through the grievance
24          procedure?
25             YES (✓)    NO ( )

26      D.    If your answer is YES, list the appeal number and the date and result of the
27          appeal at each level of review. If you did not pursue a certain level of appeal,
28          explain why.

COMPLAINT                     - 1 -

1. Informal appeal Since my arrival here last may there have been numerous instances of anti-semetic and "hate" related incidents against me since I am an observant Orthodox Jew and a person dying of late stage Aids.

2. First formal level Since last Summer (I was placed in medical unit as of June of last year) I have had to endure constant anti-Judaic, anti-Jewish insults from many of the Deputies here in C-Pod. I have complained about them via the grievance system to no avail. In late April of 2008,

3. Second formal level after my Rabbi and Senator Feinstein's office called External Affairs of SFSD they did come out to see me and interview me at length about all the many discriminatory (and "hate crime") related activities going on here in flagrante. We spoke

4. Third formal level openly and directly (naming all deputies names/times/date incidents, etc) And I.A. Detectives assured me there would be no retaliation for speaking to them. Since speaking to them the situation has become exponentially worse. I am now called "snitch ass Jew" "F_cking Kike Rat bastard"

E. Is the last level to which you appealed the highest level of appeal available to you? and many other vehemently threatening epithets to crude to mention. Also, last weekend my Bible, The legal paper pertaining to my District Court Civil religious rights case, my Jewish Prayer Book were thrown against YES (✓) NO ( ) the wall and proceeded to assault me.

F. If you did not present your claim for review through the grievance procedure, explain why. did present through grievance procedure — all attached.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Duane Allen Hoffman #2367852
CJ8 MCL-04 C-Pod (medical)
425 7th Street, San Francisco, CA 94103

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

1) Sherriff Michall Hennessey, Sheriff of San Francisco, City Hall
2) Jan Dempsey, Undersheriff (Asst to Hennessey) City Hall, Room 456
3) Deputy O'Shea, SF Sheriffs Dept, CJ8- C-Pod Deputy
4) Deputy Vargas, SF Sheriffs Dept, CJ8- C-Pod Deputy

COMPLAINT -2-

1. 5) Duputy Marbness - SF Sherriffs Dept, C-Pod, CJ8 Deputy
2. 6) Deputy MaCaffee - SF Sherriffs Dept, C-Pod, CJ8 Deputy
3. 7) Deputy Conklin - SF Sherriffs Dept, C-Pod, CJ8 Deputy

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. Since my being placed in C-Pod (CJ8) since last May of '08 I constantly been discriminated racialy, religiously and that my legal/official mail is constantly being tampered with. The Deputies (listed on this Complaint) have continuously and vehemently made consistent Anti-semetic, crude and insulting comments to me, such as "One of the German Jews Hitler missed", "Another Whining Jew", "You people think you must get everything special - learn that its Jail you bastard". I write innumerable. After my speaking to Internal Affairs of SFSD in late April about these matters and my filing a §1983 Complaint (my Yamica, Tallit Katlan confiscated and retaliatory acts made against me) on April 23rd the retaliation and level of threats and level of ~~threat~~ harassment has increased exponentialy. Now called "Rat Jew Bastard", "Snitch Ass Kike", etc (by Deputies aforementioned) Room/religious articles/documents from pending US District Court Case thrown to Floor and I am threatened to "Withdraw your District Court Action for Yanica/Tallit or else" This I refuse to do - I will never bow to intimidation. Last weekend, Sat May 16 2 officers (macaffee and Marbnees) kicked me out of wheelchair, held me down, kicked me and demanded

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes. I withdraw District Court Action, An Immediate injunction by the Honorable Court that the harassment, threats anti-semitism and violence stop against me forthwith and that all attempts by Sheriff's Dept. to withdraw the previous 1983 Complaint cease.

COMPLAINT                              - 3 -

Federal Statutes and Case Law prohibiting tampering with mail

May v. Sheahan 226 F 3d. 876 (7th Cir 2000)

Antonelli v. Sheahan 81 F 3d. 1422 (7th Cir 1996)

Equal Protection Clause of 14th Ammendment.

1st Ammendment Free Exercise Clause Religious Freedom.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __May__, 20 __09__

_____
(Plaintiff's signature)

COMPLAINT                                    - 4 -

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Duane A. Hoffman, Plaintiff,

vs.

Michael Hennessey, Defendant.

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Duane A. Hoffman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes \_\_\_ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _incarcerated_ Net: _N/A_

Employer: _N/A_

_N/A_

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received. (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 _imprisoned - SF County Jail_
5 _850 Bryant / 425 7th Street_
6 _CJ8 C-Pod, Medical MCL-04_
_San Francisco, CA 94103_
7 2. Have you received, within the past twelve (12) months, any money from any of the
8 following sources:
9   a. Business, Profession or          Yes ___ No ✓
10     self employment
11  b. Income from stocks, bonds,       Yes ___ No ✓
12     or royalties?
13  c. Rent payments?                    Yes ___ No ✓
14  d. Pensions, annuities, or           Yes ___ No ✓
15     life insurance payments?
16  e. Federal or State welfare payments, Yes ✓ No ___
17     Social Security or other govern-
18     ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _May 2008   SSDI + VA benefits_
22 _incarcerated - stopped as of that month_
23 3. Are you married?                   Yes ___ No ___
24 Spouse's Full Name: _N/A_
25 Spouse's Place of Employment: _N/A_
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _N/A_   Net $
28 4. a. List amount you contribute to your spouse's support: $ _N/A_

|    |    |    |
|----|----|----|
| 1  | b. | List the persons other than your spouse who are dependent upon you for |
| 2  |    | support and indicate how much you contribute toward their support. (NOTE: |
| 3  |    | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4  |    | THEIR NAMES.). |

*None*

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ___ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ *Incarcerated*   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|-----------------|-----------------|--------------------------|
| *none*          | $               | $                        |
|                 | $               | $                        |
|                 | $               | $                        |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ none _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04/17/09                             *[signature]*
DATE                                 SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: _____
 3
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                   IN
10                          PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  Duane A. Hoffman   #23678 52   for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
                [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ 13.33    and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ 508.24        .
18
19   Dated: 4-21-09                    _____
20                                         [Authorized officer of the institution]
```

- 5 -

# Account Activity Ledger

From: 07/31/2008   To: 04/21/2009

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2367852 | | **Name** HOFFMAN, DUANE | | | **Block** 8M CL 05 | | | **Previous Balance** | 0.00 |
| 07/31/2008 | 10:19 | B#305570 | 875718 | Deposit | | 0.00 | | | 0.00 |
| Comment Initial Entry | | | | | **Cash** | | | | |
| 07/31/2008 | 10:43 | B#305591 | 875760 | Deposit | | 254.00 | | | 254.00 |
| Comment W/U FROM ABBY KOVALSKY 7/30 | | | | | **Money Order** 8920157238 | | | | |
| 08/06/2008 | 05:56 | I#322116 | | Invoice | 99.35 | | | | 154.65 |
| Comment Sales Transaction | | | | | | | | | |
| 08/13/2008 | 05:50 | I#323190 | | Invoice | 72.42 | | | | 82.23 |
| Comment Sales Transaction | | | | | | | | | |
| 08/20/2008 | 04:18 | I#324304 | | Invoice | 62.77 | | | | 19.46 |
| Comment Sales Transaction | | | | | | | | | |
| 08/20/2008 | 18:22 | B#310001 | 885566 | Deposit | | 207.00 | | | 226.46 |
| Comment WESTERN UNION | | | | | **Money Order** 8920182407 | | | | |
| 08/27/2008 | 04:12 | I#325420 | | Invoice | 19.43 | | | | 207.03 |
| Comment Sales Transaction | | | | | | | | | |
| 09/03/2008 | 04:47 | I#326476 | | Invoice | 92.94 | | | | 114.09 |
| Comment Sales Transaction | | | | | | | | | |
| 09/08/2008 | 11:07 | B#314071 | 894160 | Deposit | | 1214.15 | | | 1328.24 |
| Comment WESTERNUNION#8920473577 ABBY KOVALSKY | | | | | **Cash** | | | | |
| 09/10/2008 | 04:32 | I#327585 | | Invoice | 61.90 | | | | 1266.34 |
| Comment Sales Transaction | | | | | | | | | |
| 09/17/2008 | 04:49 | I#328713 | | Invoice | 66.92 | | | | 1199.42 |
| Comment Sales Transaction | | | | | | | | | |
| 09/24/2008 | 05:09 | I#330077 | | Invoice | 57.73 | | | | 1141.69 |
| Comment Sales Transaction | | | | | | | | | |
| 10/01/2008 | 04:54 | I#331184 | | Invoice | 60.38 | | | | 1081.31 |
| Comment Sales Transaction | | | | | | | | | |
| 10/08/2008 | 05:05 | I#332286 | | Invoice | 65.15 | | | | 1016.16 |
| Comment Sales Transaction | | | | | | | | | |
| 10/15/2008 | 05:22 | I#333431 | | Invoice | 68.22 | | | | 947.94 |
| Comment Sales Transaction | | | | | | | | | |
| 10/22/2008 | 05:10 | I#334564 | | Invoice | 69.00 | | | | 878.94 |
| Comment Sales Transaction | | | | | | | | | |
| 10/29/2008 | 04:09 | I#335705 | | Invoice | 53.62 | | | | 825.32 |
| Comment Sales Transaction | | | | | | | | | |
| 11/05/2008 | 05:14 | I#336853 | | Invoice | 54.00 | | | | 771.32 |
| Comment Sales Transaction | | | | | | | | | |
| 11/12/2008 | 05:04 | I#338017 | | Invoice | 43.37 | | | | 727.95 |
| Comment Sales Transaction | | | | | | | | | |

## Account Activity Ledger

From : 07/31/2008  To : 04/21/2009

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2367852 | | **Name** HOFFMAN, DUANE | | | **Block** 8M CL 05 | | | **Previous Balance** | 727.95 |
| 11/19/2008 | 03:53 | I#338965 | | Invoice | 57.56 | | | | 670.39 |
| **Comment** Sales Transaction | | | | | | | | | |
| 11/26/2008 | 05:16 | I#340327 | | Invoice | 48.32 | | | | 622.07 |
| **Comment** Sales Transaction | | | | | | | | | |
| 12/03/2008 | 05:05 | I#341443 | | Invoice | 22.11 | | | | 599.96 |
| **Comment** Sales Transaction | | | | | | | | | |
| 12/10/2008 | 05:10 | I#342610 | | Invoice | 39.19 | | | | 560.77 |
| **Comment** Sales Transaction | | | | | | | | | |
| 12/18/2008 | 11:14 | I#344297 | | Invoice | 33.73 | | | | 527.04 |
| **Comment** Sales Transaction | | | | | | | | | |
| 12/24/2008 | 05:03 | I#344895 | | Invoice | 27.01 | | | | 500.03 |
| **Comment** Sales Transaction | | | | | | | | | |
| 12/26/2008 | 03:07 | I#345027 | | Invoice | -1.75 | | | | 501.78 |
| **Comment** Sales Transaction | | | | | | | | | |
| 12/31/2008 | 04:59 | I#346048 | | Invoice | 21.73 | | | | 480.05 |
| **Comment** Sales Transaction | | | | | | | | | |
| 01/07/2009 | 05:03 | I#347142 | | Invoice | 36.20 | | | | 443.85 |
| **Comment** Sales Transaction | | | | | | | | | |
| 01/14/2009 | 06:27 | I#348248 | | Invoice | 35.08 | | | | 408.77 |
| **Comment** Sales Transaction | | | | | | | | | |
| 01/21/2009 | 05:26 | I#349380 | | Invoice | 8.75 | | | | 400.02 |
| **Comment** Sales Transaction | | | | | | | | | |
| 01/28/2009 | 05:35 | I#350569 | | Invoice | 24.05 | | | | 375.97 |
| **Comment** Sales Transaction | | | | | | | | | |
| 02/04/2009 | 05:39 | I#351732 | | Invoice | 46.65 | | | | 329.32 |
| **Comment** Sales Transaction | | | | | | | | | |
| 02/11/2009 | 05:37 | I#352837 | | Invoice | 40.85 | | | | 288.47 |
| **Comment** Sales Transaction | | | | | | | | | |
| 02/12/2009 | 03:38 | I#352971 | | Invoice | -40.85 | | | | 329.32 |
| **Comment** Sales Transaction | | | | | | | | | |
| 02/18/2009 | 05:16 | I#353975 | | Invoice | 65.84 | | | | 263.48 |
| **Comment** Sales Transaction | | | | | | | | | |
| 02/25/2009 | 05:30 | I#355098 | | Invoice | 53.82 | | | | 209.66 |
| **Comment** Sales Transaction | | | | | | | | | |
| 03/04/2009 | 05:26 | I#356216 | | Invoice | 60.80 | | | | 148.86 |
| **Comment** Sales Transaction | | | | | | | | | |
| 03/05/2009 | 03:36 | I#356350 | | Invoice | -4.14 | | | | 153.00 |
| **Comment** Sales Transaction | | | | | | | | | |

Date : 04/21/2009

**Account Activity Ledger**

Time : 11:08

From : 07/31/2008    To : 04/21/2009

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2367852 | | **Name** HOFFMAN, DUANE | | | **Block** 8M CL 05 | | | **Previous Balance** | 153.00 |
| 03/11/2009 | 05:34 | I#357338 | | Invoice | 52.23 | | | | 100.77 |
| **Comment** Sales Transaction | | | | | | | | | |
| 03/23/2009 | 09:18 | B#364085 | 1000176 | Deposit | | 40.00 | | | 140.77 |
| **Comment** B RODRIGUEZ CDL B5572067 | | | | | **Cash** | | | | |
| 03/25/2009 | 04:53 | I#359612 | | Invoice | 50.99 | | | | 89.78 |
| **Comment** Sales Transaction | | | | | | | | | |
| 04/01/2009 | 05:07 | I#360726 | | Invoice | 34.74 | | | | 55.04 |
| **Comment** Sales Transaction | | | | | | | | | |
| 04/06/2009 | 11:48 | B#367068 | 1006662 | Deposit | | 40.00 | | | 95.04 |
| **Comment** BEATRIZ RODRIGUEZ CDL B5572067 | | | | | **Cash** | | | | |
| 04/07/2009 | 15:22 | B#367418 | 1007370 | Deposit | | 40.00 | | | 135.04 |
| **Comment** ALFALIK JEFFERSON CADL#A7322643 EXP | | | | | **Cash** | | | | |
| 04/08/2009 | 05:34 | I#361820 | | Invoice | 76.00 | | | | 59.04 |
| **Comment** Sales Transaction | | | | | | | | | |
| 04/09/2009 | 03:51 | I#361973 | | Invoice | -1.05 | | | | 60.09 |
| **Comment** Sales Transaction | | | | | | | | | |
| 04/15/2009 | 04:49 | I#362957 | | Invoice | 59.85 | | | | 0.24 |
| **Comment** Sales Transaction | | | | | | | | | |

|  |  |  |
|---|---|---|
| **Deposits** | 7 **For** $ | 1,795.15 |
| **Withdraws** | 0 **For** $ | 0.00 |
| **Invoices** | 40 **For** $ | 1,794.91 |

Page :    3

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
*(Place an X in the corresponding category)*

___ Classification ___ Jail Medical Services
___ Psych Services ___ Food Services
___ Telephone ___ Other

Date / Time: 8/9/08
Facility: 10 8 08
Deputy / Star# Miranda
Code: L/T
Log Number: 680 50 8010

**Prisoner's Name:** Hoffman Dean   **Jail #** 736 7852   **Cell #**

**Grievance** *(Please be specific: time, date, etc.)*

**Prisoner's Signature**
Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature**
Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature:   Date:
**Prisoner's Signature:** ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**
I spoke to Mr. Hoffman. I advised him that Dep. O'Shea was a kitchen deputy on most days, and he felt the tray met the specs for kosher meals. I told Mr. Hoffman that I admonished Dep O'Shea for his comment, & his meals have been modified.

Signature: LT MM #1147   Date: 8/9/08
**Prisoner's Signature:** D Hoffman ☒ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

Signature:   Date:   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

| Type of Grievance I have also advised my lawyer, Rabbi and (Place an X in the corresponding category) Jewish Services of this anti-semetic incident. URGENT | Date / Time: 8-6-08/060 8 |
|---|---|
| ___ Classification  Jail Medical Services | Facility: C08 |
| ___ Psych Services  [X] Food Services and | Deputy / Star# Rogers 1700 |
| ___ Telephone  [X] Other Religious/Volunteer Services Andrey Chef | Code |
|  | Log Number 68080.5010 |
|  | 2367852 |

**Prisoner's Name:** HOFFMAN, Duane Allen   **Jail #** CJ8 C-Pod   **Cell #** CJ8 MCL-05

**Grievance** (Please be specific: time, date, etc.) On Tuesday evening, August 5th at approx. 5:00pm my alleged "Kosher" meal was delivered to my hospital C-Pod Jail Room. Of course, there were several problems with the "Kosher" (in name only) tray and my Kosher PM support snack bag (to hold down my Aids, Parkinsons and Brain injury meds) contained ordinary sliced bologna (turkey bologna with Red dye/Food coloring). When I politely, respectfully asked Deputy O'Shea (the PM Deputy supervising Dinner Deliveries) to please call down to the kitchen and allow the inmate worker to return the non-Kosher food so that snack bag and tray could be rectified. He then proceeded to tell me in a very loud voice that some Rabbi he knew who visited the Jail many years ago said Jewish Prisoners should be thankful to God for any food they are given and eat it / not complain. I told them that Sgt. Wallace had come to speak to me earlier in the day about similar situations where officers had refused to bring food back to kitchen / assist in getting real Kosher Food. He then told me to "back away" from the door and said Sgt Wallace had no authority over his shift. Therefore did not eat

**Prisoner's Signature**
Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose dinner or information contained in my records which pertain to the above complaint to the Sheriff's Department. Snack - disgraceful!

**Prisoner's Signature** Duane Allen Hoffman (If you wish to prove my Aids/Parkinsons/military
Note: After you have finished and signed this form take your PINK copy for your records. Injury - test with medical

**Staff member's response:**
PLEASE SEE ATTACHED MEMO.

**Signature:** RC  **Date:** 8/18/08
**Prisoner's Signature:** DHoffman  ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:**   **Date:**   ☐ Upheld Grievance Response

Orginal (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)