Allane Allen Hoffman
CJ8 mcl-04 C-Pod (medical)
425 7th Street
San Francisco, California
94103

<u>Legal Mail</u>

The Honorable Judge Patel
c/o Clerk of the Court Richard W. Wieking
The United States District Court
US Federal Courthouse, 555 Golden Gate
San Francisco, California 94102

**FILED**
JUN X 4 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: My Ammended Complaint by Prisoner Under Civil Rights Act § 1983
<u>Ammended CV-09-1777</u>

With regard to the aforementioned Ammended complaint recently filed with the honorable Court I wish to bring up several facts that could not be placed in the limited space of said Ammended Complaint.

On the Morning of Saturday, May 16th 2009 @ apprex 10:00 am I was reading my Jewish Bible (Tanakh) when two deputies, Deputy MacAffee and Deputy Margraves entered my medical Unit (C-Pod) room and came right over to me and threw the Jewish Bible out of my hands and towards the Toilet area of my medical cell (Keep in mind this was my Sabbath day - "Shabbat"/Saturday - day for prayer/reflection) Officer Marbrees and MaCaffee then proceeded to spew virulent anti-semetic and horrifically vulgar anti-semetic comments against me. They concluded by demanding I "withdraw my F_cking Motion with the District Court (i.e.- your Court) about my "Kike" prayer hat (yamica)" to this I replied it was a matter for the Court to decide and that I had no intention whatever of "withdrawing" said complaint. They both became irate at this point and pulled me backwards in my wheelchair (I have full Late Stage Aids, am paralyzed from a military injury - TBI - Traumatic Brain Injury and have severe cerebral/neurological disorders) and dumped me out of wheelchair (Marbrees dumped me from chair) Officer MaCaffee held my left arm down with both of his heavy booted feet and kicked me in my right rib-cage (I am still coughing up blood) and then Officer Marbrees took

Legal Mail    Legal Mail

my right forearm and squezed it very hard and then smashed it hard against the concrete wall (actualy my forearm and right hand - fingers/knuckles swelled up like cantelope). At this point Officer Marbreeo said "now you cant write that Kike Bitch Senator Anymore" (He was refering to the Hon. Senator Diane Feinstein, who sent me a legal mail letter that morning about my Yamica/religious rights case/Federal Law). This was observed by two nurses outside the room (the walls are plexiglass at the Front so nurses can observe us) and they reported the incident to Internal Affairs. The Nursing Staff was very concerned/compassionate. I called my Public Defender/Lawyer (Eric Quandt, 555 Seventh St, SF CA 94103, phone 415-553-9554, Fax (415) 553-9810) and he was very concerned and immediately sent a licensed Investigator to photograph my wounds (Jennifer Jenninge, Public Defenders Dept, Ph. 415-575-8853, Fax (415) 553-9646) Dr. Jacobson (Donna Jacobson, MD of Jail Medical Services here at the Jail) saw me on Tuesday and was appalled at the wounds, and made a detailed report of my injuries. Internal Affairs of the Sheriffs Department came to visit me/interview me on Wednesday the 20th and spoke with me, my cell-mate, Dr. Jacobson, Chief Nurse Meena, Nurse Suzanne, et alia. Since then the threats/anti-semetic comments by the Sheriffs Deputies have become more venemous than ever (so much for protection/confidentiality in speaking "freely" to Internal Affairs"

Therefore, I respectfuly ask the Honorable Court to Subpoena the Records pertaining to aforementioned assault from
   (1) Jail Medical Services - Attn: Dr Donna Jacobson
   (2) SF Sheriffs Department Internal Affairs Dept.
   (3) The SF Public Defenders Office of Investigations.
all of these should help to provide crucial evidence to the Honorable Court.   Respectfuly Submitted, [signature]

Duane Allen Hoffman
#2367852
CJ8 MCL-04 C-Pod (medical)
425 7th Street
San Francisco, California
94103

*Strictly Confidential*

*Legal Mail*

*Legal Mail*

*Confidential*

The Honorable Judge Patel
Re: Ammended Petition to CV-09-1777 Hoffman
% Clerk of the District Court Richard W. Wieking
The United States District Court, US Federal Courthouse
450 — 555 Golden Gate
San Francisco, California, 94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004260141
$ 00.440
MAILED FROM ZIPCODE 94103
MAY 29 2009

JUN - 3 2009

9410283220 0017

**RECEIVED**

JUN 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Legal Mail*
*Confidential*

SF CO SHERIFFS DEPARTMENT
PRISONER LEGAL SERVICES
425 SEVENTH STREET, 2ND FLOOR
SAN FRANCISCO, CA 94103