UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE ALLEN HOFFMAN,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL HENNESSEY et al,<br><br>   Defendant. | Case Number: CV09-01777 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane Allen Hoffman #2367852
San Francisco County Jail
425 7th Street
CJ8 MCL-04 C-Pod, Medical
San Francisco, CA 94103

Dated: July 1, 2009

             Richard W. Wieking, Clerk
             By: Anthony Bowser, Deputy Clerk