1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837

7  CITY AND COUNTY OF SAN FRANCISCO,
   (erroneously sued herein as "San Francisco Sheriff's Department")
8  AND SHERIFF MICHAEL HENNESSEY

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11 DUANE ALLEN HOFFMAN,                       Case No. CV-09-1777 MHP

12        Plaintiff,                          **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**

13        vs.

14 SHERIFF MICHAEL HENNESSEY,
   SHERIFF OF THE CITY OF SAN
15 FRANCISCO, DEPUTY MARBREES,
   DEPUTY, CJ8, SF SHERIFF DEPT.,
16 DEPUTY MACAFFEE, SF SHERIFFS DEPT
   DEPUTY, DEPT. CJ8, DEPUTY O'SHEA,
17 DEPUTY LOPEZ – SFSD – C POD,
   DEPUTY CONKLIN – SFSD – C POD
18 DEPUTY

19        Defendants.

20
21
22
23
24
25
26
27
28

Stipulation of Dismissal                                          n:\lit\li2009\100632\00690883.doc
Hoffman v. Hennessey, et al. – USDC No. CV-09-1777 MHP

1  The undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiff Duane Allen Hoffman and against the City & County of San Francisco and Sheriff Michael Hennessey is DISMISSED WITH PREJUDICE. It is further STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: April __l__, 2011

By: *Duane A. Hoffman*
DUANE ALLEN HOFFMAN
Plaintiff In Pro Per

Dated: April 1, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
ROBERT A. BONTA
Deputy City Attorney

-/s/ Robert Bonta-

By:_____
ROBERT A. BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
(erroneously sued herein as "San Francisco Sheriff's Department") AND SHERIFF MICHAEL HENNESSEY

5/6/2011

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation of Dismissal
Hoffman v. Hennessey, et al. – USDC No. CV-09-1777 MHP

n:\lit\li2009\100632\00690883.doc